IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------ :
TASHA ALSTON,                                          : CASE NO.  1:10 CV 0050
                                                      :
                                    Plaintiff,         :
                                                      :
                      -vs-                             : ORDER ADOPTING REPORT AND
                                                      : RECOMMENDATION AND AFFIRMING
MICHAEL J. ASTRUE,                                    : THE COMMISSIONER'S DECISION
                                                      :
        Commissioner of Social Security,              :
                                                      :
                                    Defendant          :
------------------------------------------------------ :

UNITED STATES DISTRICT JUDGE LESLEY WELLS

    Plaintiff Tasha Alston challenges the Commissioner of Social Security's final

decision denying her claims for a Period of Disability ("POD"), Disability Insurance

Benefits ("DIB"), and Supplemental Security Income ("SSI") under Titles II and XVI of

the Social Security Act, 42 U.S.C. §§ 416(i), 423, 1381, et seq.  This case was

automatically referred to United States Magistrate Judge Nancy A. Vecchiarelli for a

Report and Recommendation ("R&R") pursuant to Local Civil Rule 72.2(b).  In her R&R,

Magistrate Judge Vecchiarelli finds that the plaintiff's assignments of error lack merit

and that the Commissioner's decision is supported by substantial evidence.

Accordingly, she recommends the Commissioner's decision be affirmed.

    No party has objected to the Magistrate Judge's R&R.  Therefore, it must be

assumed the parties are satisfied with the Report's conclusion.  Any further review by

this Court would be a duplicative and inefficient use of the Court's limited resources.

Thomas v. Arn, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human

Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir. 1981).

Accordingly, the Magistrate Judge's R&R is adopted.  The decision by the Commissioner denying Ms. Alston's claims for benefits is affirmed.


IT IS SO ORDERED.

_____/s/ Lesley Wells_____
UNITED STATES DISTRICT JUDGE


Date:  _25 October 2010__